# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR253 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| ADAN PRECIADO MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons discussed in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant Adan Preciado Medina's Motion Under 28 U.S.C. § 2255, ECF No. 30, and the Motion is summarily dismissed; and

2. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 11th day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge